UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>GERIS CASTRO,<br><br>         Defendant. | No.  CR 13-900 PA<br><br>JUDGMENT REVOKING SUPERVISED RELEASE |

On February 24, 2014, Cameron Schroeder, the attorney for the government appeared, and the defendant, Geris Castro, appeared with appointed counsel Jill Ginstling; and defendant admitted to allegations one, three, and four, as charged in the petition filed on January 24, 2014.

THE COURT FINDS that the defendant violated the terms and conditions of the order of supervised release of May 25, 2012, and ORDERS that the order of supervised release are hereby revoked, vacated, and set aside.

IT IS FURTHER ORDERED AND ADJUDGED, upon the findings of the Court, that supervised release is revoked and the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of **Six (6) Months**.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of two years under the same supervision terms as originally imposed, including a special condition of drug aftercare treatment which was ordered by the Court on October 24, 2013.  In addition, for a period not to exceed six months, the defendant shall reside at and participate in a residential drug treatment and counseling program that includes urinalysis, breath and/or sweat patch testing, for treatment of narcotic addiction and drug dependency until discharge by the program director and Probation Officer.

Defendant is advised of his right to appeal.

The Court recommends that defendant be housed at the Metropolitan Detention Center in Los Angeles.

DATED: February 24, 2014

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Terry Nafisi, Clerk
Dated/Filed:  February 24, 2014

By: P. Songco /S/_____
          Deputy Clerk
cc: USM, BOP, UPSO