```
                    FILED
           CLERK, U.S. DISTRICT COURT

                  JUL 26 2016

           CENTRAL DISTRICT OF CALIFORNIA
           BY                         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 13-900-PA |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| GERIS CASTRO, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _failure to report to probation officer; failure to report for counseling; new arrest for being under the influence_

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: ______________________________________________

______________________________________________

______________________________________________

______________________________________________

IT IS THEREFORE ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 26, 2016

Alicia G. Rosenberg

ALICIA G. ROSENBERG
United States Magistrate Judge